# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:05CR15

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff<br><br>vs.<br><br>BALDWIN BANKS,<br>  Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten "Motion to be Heard Regarding Continued Detention" (Document No. 65), filed December 13, 2005 by the defendant, Baldwin Banks. In the Motion, Mr. Banks asks for a bond review hearing.

The record reflects that Mr. Banks is represented by appointed counsel, Trevor Michael Fuller. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Banks has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Banks' request for a hearing is **DENIED** without prejudice to Mr. Banks' right to re-file the motion, if appropriate, through his attorney.

**Signed: December 14, 2005**

_____
David C. Keesler
United States Magistrate Judge