# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05cr00015 |
|---|---|---|
| | ) | |
| | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BALDWIN BANKS | ) | |
| | ) | |

THIS MATTER is before the Court on the United States' Motion to Dismiss Count Seventeen, filed September 2, 2006. This Court, having considered the United States' Motion, dismisses Count Seventeen as to Defendant BALDWIN BANKS. Furthermore, this Court grants the United States leave to renumber the counts of the Bill of Indictment for trial to reflect such dismissal.

IT IS, THEREFORE, ORDERED that the United States' Motion to Dismiss Count Seventeen is hereby GRANTED.

Signed: September 3, 2006

Frank D. Whitney
United States District Judge